UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. 3:11-00012 |
| v. | ) | |
| | ) | JUDGE SHARP |
| [25] JAMES FARLEY | ) | |

**ORDER**

Pending before the Court is the United States' Motion to Return James Farley to state custody so that the defendant may address his pending charges in Stewart County. The defendant has now been sentenced pursuant to his plea agreement in this case, a portion of which also relates to the pending charges in Stewart County. The Court hereby grants the motion, and ORDERS defendant James Farley returned to state custody by returning him to the custody of the Montgomery County Sheriff's Department which is where the United States Marshal's Service took custody of him pursuant to the federal writ issued in this case. The appropriate Stewart County authorities may obtain the defendant from that jurisdiction to answer the Stewart County charges.

It is so ordered this ____ day of September, 2013.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE